UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>KEVIN KANG as OFFICER OF EDGEMINE, INC.; KEVIN KANG as OFFICER OF WEST LIBERTY INS. CO.; CHRISTIN Y. KANG as OFFICER OF EDGEMINE, INC.; CHRISTIN Y. KANG as OFFICER OF WEST LIBERTY INS. CO.,<br><br>Respondents. | Case No. 2:24-cv-951-WLH-JC<br><br>Order to Show Cause |

Based upon the Petition to Enforce Internal Revenue Service Summonses, Memorandum of Points and Authorities, and supporting Declaration, the Court finds that Petitioner has established a *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summonses. *See United States v. Powell*, 379 U.S. 48, 57-58 (1964).

**IT IS ORDERED** that Respondents appear before this United States District Court for the Central District of California, at the following date, time, and address, to show cause why the testimony and production of books,

1

1 papers, records, and other data demanded in the petition to enforce IRS
2 summonses should not be compelled:
3   Date: **April 11, 2024**
4   Time: **10:00 a.m.**
5   Courtroom: **9B**
6   Address: **United States Courthouse**
7     **350 West First Street, Los Angeles, CA  90012**

9     **IT IS FURTHER ORDERED** that copies of the following documents
10 be served on Respondents (a) by personal delivery, (b) by leaving a copy at
11 Respondents' dwelling or usual place of abode with someone of suitable age
12 and discretion who resides there, or (c) by certified mail:
13     1. This Order; and
14     2. The Petition, Memorandum of Points and Authorities, and
15        accompanying Declaration.
16 Service may be made by any employee of the IRS or the United States
17 Attorney's Office.
18     **IT IS FURTHER ORDERED** that within ten (10) days after service
19 upon each Respondent of the herein described documents, each Respondent
20 shall file and serve a written response, supported by appropriate sworn
21 statements, as well as any desired motions.  If, prior to the return date of
22 this Order, Respondents file a response with the Court stating that
23 Respondents do not oppose the relief sought in the Petition, nor wish to
24 make an appearance, then the appearance of Respondents at any hearing
25 pursuant to this Order to Show Cause is excused, and Respondents shall
26 comply with the summonses within ten (10) days thereafter.
27     **IT IS FURTHER ORDERED** that all motions and issues raised by
28 the pleadings will be considered on the return date of this Order.  Only those

1  issues raised by motion or brought into controversy by the responsive
2  pleadings and supported by sworn statements filed within ten (10) days after
3  service of the herein described documents will be considered by the Court.
4  All allegations in the Petition not contested by such responsive pleadings or
5  by sworn statements will be deemed admitted.
6  **IT IS SO ORDERED.**

8  Dated: 2/28/2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE